IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Nordia Soares, | : <br> : <br> : CASE NO.: 1:15-cv-00219-WSD <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Caribbean Cruise Line, Inc.; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

## **STIPULATED DISMISSAL WITH PREJUDICE**

WHEREAS, the Plaintiff Nordia Soares and Defendant Caribbean Cruise Line, Inc. have settled all claims and issues alleged in the Complaint in this action and otherwise between them, and as a result, agree to dismissal of this action with prejudice; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nordia Soares and Defendant Caribbean Cruise Line, Inc. and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is

hereby dismissed in its entirety with prejudice as against Caribbean Cruise Line, Inc. and DOES 1-10, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 15th day of July, 2015.

| **LEMBERG LAW, LLC** | **GREENSPOON MARDER, P.A.** |
|---|---|
| /s/ Sergei Lemberg, Esq.<br>Sergei Lemberg, Esq.<br>Attorney Bar No.: 598666<br>*Attorney for Plaintiff Nordia Soares*<br>1100 Summer Street<br>Third Floor<br>Stamford, CT 06905<br>Telephone: (203) 653-2250 ext. 5500<br>Facsimile: (888) 953-6237<br>Email: slemberg@lemberglaw.com | /s/ Jeffrey Backman<br>Richard W. Epstein, Esq.<br>FL Bar No. 229091<br>Jeffrey A. Backman, Esq.<br>FL Bar No. 662501<br>GREENSPOON MARDER, P.A.<br>200 East Broward Boulevard, Suite 1800<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 491-1120<br>Facsimile: (954) 343-6958<br>Email: richard.epstein@gmlaw.com<br>Email: jeffrey.backman@gmlaw.com<br><br>-and-<br><br>Marvin P. Pastel, II, Esq.<br>Georgia Bar No.: 140288<br>WINTER CAPRIOLA ZENNER, LLC<br>One Securities Center<br>3490 Piedmont Road NE, Suite 800<br>Atlanta, GA 30305<br>Tel: 404-844-5641<br>Fax: 404-844-5701<br>mpastel@wczlaw.net<br><br>*Counsel for Defendant Caribbean Cruise Line, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE on the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg
